**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6299**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH HOWARD NEAL,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:79-cr-00183-PX-1)

Submitted:  September 8, 2022                    Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Howard Neal, Appellant Pro Se.  Kelly O. Hayes, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Howard Neal appeals the district court's oral order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Neal's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard of review for § 3582(c)(1)(A)(i) motion), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's order. *United States v. Neal*, No. 1:79-cr-00183-PX-1 (D. Md. Mar. 3, 2022). We deny Neal's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*